NANCY HOFFMEIER ZAMORA (State Bar No. 137326)
U.S. Bank Tower
633 West 5th Street, Suite 2600
Los Angeles, California   90071
(213) 488-9411   FAX:  (213) 488-9418
e-mail:  zamora3@aol.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | | |
|---|---|---|
| In re | ) | Case No.  1:21-bk-10079-MT |
| | ) | |
| ARA ERIC HUNANYAN, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | APPLICATION BY NANCY |
| | ) | HOFFMEIER ZAMORA, CHAPTER |
| | ) | 7 TRUSTEE, FOR APPROVAL TO |
| | ) | EMPLOY RODEO REALTY, INC. |
| | ) | AS REAL ESTATE BROKER; |
| | ) | DECLARATION OF |
| | ) | DISINTERESTEDNESS |
| | ) | |
| _____ | ) | [No Hearing Required] |

Nancy Hoffmeier Zamora, Chapter 7 Trustee ("Trustee") for

the above-captioned bankruptcy estate (the "Estate"), applies to

the Court for approval to employ Rodeo Realty, Inc. ("Broker") as

real estate broker and represents as follows:

1.   On January 19, 2021, Ara Eric Hunanyan ("Debtor") filed

a voluntary petition for relief under Chapter 7 of the United

States Bankruptcy Code commencing the above-captioned bankruptcy

case assigned case no. 1:21-bk-10079-MT (the "Case").

2.   Nancy Hoffmeier Zamora is the duly appointed interim

Chapter 7 Trustee for the Estate.

3.   The assets of the Estate include certain residential

real property, commonly known as 16925 Gault Street, Lake Balboa,

California  91406-3606, Los Angeles County Assessor's Parcel No.

2227-028-014 (the "Residential Property"), and certain rental residential real property, commonly known as 15920 Sherman Way, Unit 4, Van Nuys, California 91406-4032, Los Angeles County Assessor's Parcel No. 2224-004-068 (the "Rental Property" together with the Residential Property, the "Real Property"). Trustee's investigation, with the assistance of Broker, reveals that the Residential Property has a fair market value of approximately $550,000.00 and the Rental Property has a fair market value of approximately $450,000.00.

4.    Trustee requires the assistance of a professional real estate broker to accomplish the following tasks:

a.    Order, analyze, and prepare all documentation necessary to list and advertise the Real Property for sale.

b.    List the Real Property with the most propitious listing services available, inspect the Real Property as necessary to respond to the inquiries of potential purchasers, and solicit reasonable offers from potential purchasers.

c.    Convey all reasonable purchase offers to Trustee and Trustee's counsel, and, subject to Trustee's approval, negotiate and confirm the acceptance of the best offer.

d.    Cause to be prepared and submitted to escrow on behalf of Trustee any and all documents necessary to consummate a sale of the Real Property.

5.    For the foregoing and all other necessary and proper purposes, Trustee applies to retain the real estate brokerage services of Broker.

. . . . .

Hunanyan/app.001

2.

6.   Trustee asserts that Broker is well qualified to render real estate brokerage services because of Broker's extensive experience and success in marketing and selling residential real properties, undeveloped land, commercial property, and businesses in and around Los Angeles County and Ventura County, California. A true and correct copy of the resume of Broker and the agents that Broker intends to utilize in marketing and selling the Real Property, detailing their experience, is attached hereto as Exhibit B and incorporated herein by reference.

7.   True and correct copies of the proposed listing agreements, each entitled "Exclusive Authorization and Right to Sell Agreement" (the "Listing Agreements"), are attached hereto as Exhibit C and incorporated herein by reference.  The Listing Agreements for the Real Property provide, inter alia, that Broker is to be paid, at the time of closing, a commission of five percent (5%) of the gross price from the sale of the Real Property.  Additionally, the Listing Agreements provide for Broker to be paid two and one-half percent (2.5%) of any settlement amount paid by or on behalf of Debtor in lieu of sale of the Real Property to a third party buyer.

8.   Broker is an established, active, and reputable real estate brokerage.  Trustee has no connections with Broker nor with any of Broker's officers and/or agents except as described below.  Trustee is employing Broker to market and sell real property in other bankruptcy cases, subject to orders of the Court.  Broker intends to utilize two agents in marketing and selling the Real Property, namely Buddy Gordon and Behnaz Tavakoli.  Ms. Tavakoli was a chapter 7 debtor in a case assigned

1   case no. SV 98-19900-KL for which Trustee was appointed the

2   permanent chapter 7 trustee.  Trustee administered the case and

3   an order closing the case was entered on August 22, 2000.

4   Trustee has no other connection with Ms. Tavakoli.

5       9.   To the best of Trustee's knowledge, Broker represents

6   no other entity in connection with this matter, and has no

7   connection or financial interest in or with Debtor, the creditors

8   of the Estate, or any other party in interest and neither

9   represents nor holds any interest adverse to the interest of the

10  Estate with respect to the matters on which Broker is to be

11  employed except as described below.  From approximately 1998

12  through 2003, Ms. Tavakoli was a realtor with Yan Properties

13  Realty, Inc. ("Yan"), a real estate brokerage owned and operated

14  by Debtor's deceased, ex-spouse Anna Meguerian aka Azniv

15  Kokikian.  After August 2000 through 2003, Trustee employed Yan

16  as a real estate broker to market and sell real property in other

17  bankruptcy cases, subject to orders of the Court.

18      10.  A declaration by Broker's agent Buddy Gordon on behalf

19  of Broker attesting that Broker is a disinterested person and

20  holds no adverse interests or relationships is attached hereto as

21  Exhibit A and incorporated herein by reference.

22      11.  Trustee will cause the Notice of Application By Nancy

23  Hoffmeier Zamora, Chapter 7 Trustee, For Approval To Employ Rodeo

24  Realty, Inc. as Real Estate Broker (the "Notice") to be served on

25  the Office of the United States Trustee, Debtor, Debtor's

26  counsel, all creditors, and other interested parties.  Trustee

27  will file the Notice with the Court.  A true and correct copy of

28  . . . . .

1   the Notice is attached hereto as <u>Exhibit D</u> and incorporated

2   herein by reference.

3        12.    When and if Trustee has an offer of sale for the Real

4   Property which Trustee considers fit for submission to the Court

5   for approval, Trustee will file and serve on all creditors and

6   other interested parties a motion for (a) approval of said offer

7   of sale (pursuant to 11 U.S.C. §363) and (b) approval of

8   compensation to Broker (pursuant to 11 U.S.C. §330) to be paid

9   out of escrow for sale of the Real Property.

10       13.    Trustee proposes that Broker be employed effective

11  retroactively to the date of the Listing Agreements, February 1,

12  2021, to allow Broker to be compensated for any sale that may

13  result from Broker's efforts before this Application could be

14  approved.

15       WHEREFORE, Trustee prays that the Court order and approve

16  Trustee's employment of Broker as set forth in the proposed order

17  to be lodged based on the terms and conditions set forth in this

18  Application.

19  Dated:  February 1, 2021

20

21

22                                   /s/ Nancy Hoffmeier Zamora
                                     Nancy Hoffmeier Zamora
23                                   Chapter 7 Trustee

24

25

26

27

28

# EXHIBIT  A

### BROKER'S DECLARATION OF DISINTERESTEDNESS

I, Buddy Gordon, declare as follows:

1.    I am a licensed real estate professional employed by Rodeo Realty, Inc. ("Broker") and authorized by Broker to make this declaration on behalf of Broker.  All facts stated herein are known by me to be true and I could and would competently testify thereto in a court of law if called upon to do so.  All capitalized terms used herein have the meanings ascribed to them in the application to employ real estate broker (the "Application") to which this declaration is attached unless otherwise defined herein.

2.    Trustee has requested Broker to act as the real estate broker to secure potential buyers for the Real Property, pursuant to and under the terms of the Listing Agreements, a true and correct copy of which is attached as Exhibit C to the Application.

3.    Broker has been active in the real estate market in and around Los Angeles County and Ventura County, California and is familiar with real property values in the vicinity of the Real Property.  The listing price of $550,000.00 for the Residential Property is not less than the fair market value of the Residential Property.  The listing price of $450,000.00 for the Rental Property is not less than the fair market value of the Rental Property.

4.    Broker is to be paid a commission of five percent (5%) of the gross sales price of the Real Property as stated in the Listing Agreements, after approval by the Court on proper application.  Additionally, the Listing Agreements provide for

Hunanyan/app.001

6.

Broker to be paid two and one-half percent (2.5%) of any settlement amount paid by or on behalf of Debtor in lieu of sale of the Real Property to a third party buyer.

5.   Broker understands that the Court may order said commissions paid by the escrow at the time of closing for the Real Property or at such later time as the Court may determine. Said commission is to include all necessary and reasonable expenses incurred by Broker.

6.   Broker has no other agreement with the Estate, Debtor, or Trustee concerning compensation except as disclosed in this declaration and the Application, including all exhibits thereto. Broker is not a prepetition creditor of the Estate and has no claim against the Estate except as may arise out of this engagement if approved by the Court.

7.   Broker and its agents, representatives, associates, salespersons, and other employees are all disinterested persons as defined in 11 U.S.C. §101(14); have no connections with Debtor, creditors of the Estate, or Trustee nor with any of their respective attorneys or accountants except as disclosed in the Application to which this declaration is attached; do not hold or represent any position adverse to the Estate herein; are not principals in any proposed or prospective sale of the Real Property; and are not relatives nor employees of the United States Trustee or a bankruptcy judge.

8.   Broker has not represented, does not represent, and does not intend to represent any related debtor in a bankruptcy case pending in this or any other court.

9.   Broker is familiar with and agrees to abide by all

applicable provisions of the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules for the Central District of California.

Executed on February 1, 2021 at Calabasas, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

BUDDY GORDON

# EXHIBIT  B



Log in . Sign Up

Q Quick Search

Call us anytime

HOME     LISTINGS SEARCH     WORLDWIDE PROPERTY SEARCH     COMMUNITIES     MARKET TRENDS     AGENTS     OFFICES

ABOUT US

Q Quick Search





## About

Rodeo Realty is a residential real estate firm that has more than 1,200 licensed agents and brokers and 12 offices throughout Los Angeles and Ventura counties.

Rodeo Realty services various markets in Southern California, including luxury real estate markets. The company's celebrity and other multi-million dollar listings are regularly featured in the news through several television networks, online sites and publications.

Operated under the direction and vision of a single owner, Rodeo Realty stands today as one of the largest independent real estate companies in the nation, while still maintaining the friendly approach of the neighborhood REALTOR®. As the largest independent real estate brokerage headquartered in Beverly Hills and operating throughout the Los Angeles area, with the highest sales volume, Rodeo Realty has the resources to provide the best tools in the industry to deliver the very best results.

All locations

### 12 Offices in All locations

⇌ REFINE >     ≡ LIST VIEWLIST     🗺 MAP VIEWMAP                                    A - Z

LOCATIONS          Sort by Best M...  ▾   Showing **1** to **10** of 12 results.          ◀ Prev    **1**   of 2   Next ▶

*Add Location*

All locations

OFFICE SEARCH

SEARCH BY OFFICE
NAME:

*Search by Office*

*Filter by Keywo.*

**Brentwood Office**



11940 San Vicente Boulevard Ste. 100
Los Angeles, California 90049 United States
Office: **(310) 873-4100**
Fax: **(310) 873-4199**

**Rodeo Realty - Beverly Hills**

202 N. Canon Dr.
Beverly Hills, California 90210 United Sta...
Office: **(310) 724-7100**
Fax: **(310) 724-7131**

**Rodeo Realty- Calabasas Office**

23901 Calabasas Road Suite 1050 Ste.
Calabasas, California 91302 United States
Office: **(818) 222-7707**
Fax: **(818) 222-7872**

**Rodeo Realty- Corporate Office**

9171 Wilshire Boulevard Ste. 321
Beverly Hills, California 90210 United Sta...
Office: **(310) 471-2600**
Fax: **(310) 471-2602**

**Rodeo Realty- Encino Office**



17501 Ventura Blvd.
Encino, California 91316 United States
Office: **(818) 990-0454**
Fax: **(818) 990-0461**

**Rodeo Realty- Northridge Office**

9338 Reseda Boulevard Ste. 102
Northridge, California 91324 United States
Office: **(818) 349-9997**
Fax: **(818) 349-0212**

**Rodeo Realty- Pacific Palisades Office**



839 Via De La Paz
Pacific Palisades, California 90272 United..
Office: **(310) 566-4400**
Fax: **(310) 566-4499**

**Rodeo Realty- Sherman Oaks Office**

15300 Ventura Boulevard Ste. 101
Sherman Oaks, California 91403 United St...
Office: **(818) 986-7300**
Fax: **(818) 986-1066**

**Rodeo Realty- Studio City Office**

12345 Ventura Boulevard Ste. A
Studio City, California 91604 United States
Office: **(818) 761-7222**
Fax: **(818) 761-7277**

**Rodeo Realty- Sunset Strip Office**

9200 Sunset Boulevard Ste. 200
West Hollywood, California 90069 United...
Office: **(310) 461-0400**
Fax: **(310) 461-0381**

◀   1   **2**   ▶



**BUDDY GORDON**
Rodeo Realty- Calabasas Office
Mobile: **(805) 796-0324**



RODEO

LOCAL EXPERTI

PROPERTY SEARCH       MY LISTINGS       MY PROFILE       WORLDWIDE PROPERTY SEARCH       CONTACT ME       HOME

Q  Quick Search                                    GO                                    Log in . Sign Up



### Buddy Gordon

REALTOR®

Year after year, Buddy Gordon has been in the top 1% of real estate agents nationwide. He attributes his success to a simple philosophy; It is his job to make sure that each transaction is as smooth and effortless as possible for his clients. He is willing to do whatever it takes to accomplish this goal. His attitude has not only resulted in professional success, but has also led to wonderful friendships with many of his clients. Born in Los Angeles, Buddy grew up in the Pacific Palisades and took an interest in sports and education early on. After serving in the US Army he was heavily recruited as a baseball player and accepted a full scholarship to the University of Southern California. Buddy made a name for himself with the Trojans as a power hitter and stellar first baseman. Coached by the legendary Rod Dedeaux, he played in the College World Series and was the first round draft pick for the Baltimore Orioles. He went on to play for the Orioles and later, the St. Louis Cardinals. Buddy married his college sweetheart in 1967 and with a degree from USC in Science and Education Buddy ultimately decided to pursue teaching. He taught in the Los Angeles Unified School District for several years before starting a sporting goods and team outfitting business in Burbank, California. ?Buddy?s All-Stars? was a tremendous success. but his desire for new challenges eventually led him to real estate. Buddy and his wife Vicki, a teacher, have been married for over 35 years and have lived in Ventura County for almost as long. They have four children, two of whom are part of his real estate team. They also have 2 grandchildren."

Rodeo Realty DRE #00951359

---

Rodeo Realty- Calabasas Office

**Buddy Gordon**
DRE# 01276456
Mobile: **(805) 796-0324**
Phone: **(818) 222-7707**

23901 Calabasas Road Suite 1050 Ste.
Calabasas, California 91302 United States

🔗 My Website

✉ CONTACT AGENT                         ▲

*Your Name* *

*Your Email* *

*Phone Number*

*Message*

*Required

▶ Request Appointment

SEND REQUEST

---

Home   My Listings   Find A Property   My Profile   Contact Me

Powered by Gabriels Technology Solutions - Real Estate Broker Websites

Sort by Default   ▾

◀ Prev    1   of 20   Next ▶

### 20968 Avenue San Luis Street
20968 Avenue San Luis Street Woodland Hills, California 91364 United States

☆
✉



$923,000

3 Bedrooms

2,602 Sq. Ft.

Single Family Home

ID: FR1943679



Buddy Gordon
DRE# 01276456
(805) 796-0324
(818) 222-7707
E-Mail Me

SOUTH OF THE BLVD.- PRIVATE W/GORGEOUS VIEWS!!
LIGHT,BRIGHT & WONDERFUL. COMPLETE W/CUSTOM
MURALS.. ENORMEOUS SPA W/ WATERFALL.HUGE
SHOWER IN MASTER BATHROOM.COMPLETELY
REDONE:NEW PAINT,SPACIOUS KITCHEN W/NEW
APPLIANCES,TRAVERTINE            FLOORS
AND.. **View Listing Details »**

SOUTH OF THE BLVD.- PRIVATE W/GORGEOUS VIEWS!! LIGHT,BRIGHT & WONDERFUL. COMPLETE W/CUSTOM MURALS, ENORMEOUS SPA W/
WATERFALL.HUGE SHOWER IN MASTER BATHROOM.COMPLETELY REDONE:NEW PAINT,SPACIOUS KITCHEN W/NEW APPLIANCES,TRAVERTINE
FLOORS AND... **View Listing Details »**

### 776 Palmer Unit 000
776 Palmer Nipomo, California 93444 United States

☆
✉



$325,000

2 Bedrooms

Manufactured

ID: FR1985989



Buddy Gordon
DRE# 01276456
(805) 796-0324
(818) 222-7707
E-Mail Me

Located in the Black Lake Mobile Home Estates of Nipomo,
CA.This home is situtaed on one of the best corner lots in the
neighborhood.This charming home features a formal dining
room,cozy family room,spacious kitchen & huge master
bedroom.All in a... **View Listing Details »**

Located in the Black Lake Mobile Home Estates of Nipomo, CA.This home is situtaed on one of the best corner lots in the neighborhood.This charming home
features a formal dining room,cozy family room,spacious kitchen & huge master bedroom.All in a... **View Listing Details »**

## 21915 Wyandotte Street Unit 110
21915 Wyandotte Street Canoga Park, California 91303 United States



$515,000
3 Bedrooms
1,776 Sq. Ft.
Townhouse
ID: FR1999746



Buddy Gordon
DRE# 01276456
(805) 796-0324
(818) 222-7707
E-Mail Me

This elegant home shows beautifully.High ceilings,large windows,formal dining area, wet bar, recessed lights,Italian tiled fireplace,warm tones,Berber carpeting, stainless steel applainces,oak cabinets, custom paint, security system, patio and... **View Listing Details »**

This elegant home shows beautifully.High ceilings,large windows,formal dining area, wet bar, recessed lights,Italian tiled fireplace,warm tones,Berber carpeting, stainless steel applainces,oak cabinets, custom paint, security system, patio and... **View Listing Details »**

## 8923 Langdon Avenue
8923 Langdon Avenue North Hills, California 91343 United States



$432,500
5 Bedrooms
1,800 Sq. Ft.
Single Family Home
ID: FR1943779



Buddy Gordon
DRE# 01276456
(805) 796-0324
(818) 222-7707
E-Mail Me

UPDATED GALORE! LIGHT & BRIGHT, NEW APPLIANCES,UPDATED ELECTRICAL, NEW TILE, NEW WINDOWS-DUAL PANE,NEW PAINT, NEWER ROOF,GRANITE COUNTERS IN KITCHEN &BATH & SHOWER,COPPER PLUBING. SQUARE FOOTAGE INCLUDES MAINHOUSE & GUESTHOUSE. BUYER TO VERIFY... **View Listing Details »**

UPDATED GALORE! LIGHT & BRIGHT, NEW APPLIANCES,UPDATED ELECTRICAL, NEW TILE, NEW WINDOWS-DUAL PANE,NEW PAINT, NEWER ROOF,GRANITE COUNTERS IN KITCHEN &BATH & SHOWER,COPPER PLUBING. SQUARE FOOTAGE INCLUDES MAINHOUSE & GUESTHOUSE. BUYER TO VERIFY... **View Listing Details »**

### 5406 Indian Hills Drive
5406 Indian Hills Drive Simi Valley, California 93063 United States



**$750,000**
4 Bedrooms
2,508 Sq. Ft.
Single Family Home
ID: FR1979394



Buddy Gordon
DRE# 01276456
(805) 796-0324
(818) 222-7707
E-Mail Me

Perfect for entertaining, this home has a large backyard with pool, spa, & gorgeous views! A large formal living room, formal dining room, large family room with fireplace & wet bar, spacious & beautiful kitchen, vaulted ceilings, recessed... **View Listing Details »**

Perfect for entertaining, this home has a large backyard with pool, spa, & gorgeous views! A large formal living room, formal dining room, large family room with fireplace & wet bar, spacious & beautiful kitchen, vaulted ceilings, recessed... **View Listing Details »**

### 12004 Elkwood Street
12004 Elkwood Street North Hollywood, California 91605 United States



**$320,000**
3 Bedrooms
1 Full Bath
1 Partial Bath
1,268 Sq. Ft.
Single Family Home
ID: F1808518



Buddy Gordon
DRE# 01276456
(805) 796-0324
(818) 222-7707
E-Mail Me

Light & bright this home offers an open floor plan with spacious living room, kitchen with dining area, den/bonus room, newer roof, copper plumbing, 2 car garage and much more! Close to schools, shopping and easy freeway access!! **View Listing Details »**

Light & bright this home offers an open floor plan with spacious living room, kitchen with dining area, den/bonus room, newer roof, copper plumbing, 2 car garage and much more! Close to schools, shopping and easy freeway access!! **View Listing Details »**

### 1107 Beechdale Drive Unit B

1107 Beechdale Drive Palmdale, California 93551 United States



$174,999

2 Bedrooms

1,225 Sq. Ft.

Townhouse

ID: FR1949007



Buddy Gordon
DRE# 01276456
(805) 796-0324
(818) 222-7707
E-Mail Me

NEW LISTING! STUNNING 2 BEDROOM + 2.5 BATH TOWNHOUSE IN FANTASTIC CONDITION! COOK'S KITCHEN WITH TILE COUNTERS AND TONS OF STORAGE! ELEGANT LIVING ROOM WITH FIREPLACE! 2 SPACIOUS MASTER SUITES..EACH WITH ITS OWN BATH! PRIVATE PATIO! COMMUNITY... **View Listing Details »**

NEW LISTING! STUNNING 2 BEDROOM + 2.5 BATH TOWNHOUSE IN FANTASTIC CONDITION! COOK'S KITCHEN WITH TILE COUNTERS AND TONS OF STORAGE! ELEGANT LIVING ROOM WITH FIREPLACE! 2 SPACIOUS MASTER SUITES..EACH WITH ITS OWN BATH! PRIVATE PATIO! COMMUNITY... **View Listing Details »**

### 22223 Shadow Valley Circle

22223 Shadow Valley Circle Chatsworth, California 91311 United States



$429,000

2 Bedrooms

1,073 Sq. Ft.

Townhouse

ID: FR1972767



Buddy Gordon
DRE# 01276456
(805) 796-0324
(818) 222-7707
E-Mail Me

Charming and updated townhome! Large living room with fireplace, vaulted ceilings, lots of windows and natural light, loft, and balcony access from both bedrooms. This townhome is located in a wonderful community surrounded by beautiful mountains... **View Listing Details »**

Charming and updated townhome! Large living room with fireplace, vaulted ceilings, lots of windows and natural light, loft, and balcony access from both bedrooms. This townhome is located in a wonderful community surrounded by beautiful mountains... **View Listing Details »**

### 11837 Poppy Road

11837 Poppy Road Adelanto, California 92301 United States





$310,000

3 Bedrooms

1,758 Sq. Ft.

Single Family Home

ID: FR1990568



Buddy Gordon
DRE# 01276456
(805) 796-0324
(818) 222-7707
E-Mail Me

SOLD    BEFORE    PROCESSING!!!SOLD    BEFORE
PROCESSING!!!SOLD                       BEFORE
PROCESSING!!! **View Listing Details »**

SOLD BEFORE PROCESSING!!!SOLD BEFORE PROCESSING!!!SOLD BEFORE PROCESSING!!! **View Listing Details »**

### 11746 Desert Glen Street

11746 Desert Glen Street Adelanto, California 92301 United States



$278,000

3 Bedrooms

1,549 Sq. Ft.

Single Family Home

ID: FR2069149

Buddy Gordon
DRE# 01276456
(805) 796-0324
(818) 222-7707
E-Mail Me

BEST PRICED TURN KEY HOME! Great floorplan offers
spacious kitchen w/ breakfast bar & eating area,large family
rm w/frplce,NEW paint, NEW carpet, HUGE master BR &
BA, large bedrooms, nice yard w/patio & 2 car attcahed
garage. PULTE built in 2004... **View Listing Details »**

BEST PRICED TURN KEY HOME! Great floorplan offers spacious kitchen w/ breakfast bar & eating area,large family rm w/frplce,NEW paint, NEW carpet,
HUGE master BR & BA, large bedrooms, nice yard w/patio & 2 car attcahed garage. PULTE built in 2004... **View Listing Details »**

### 10716 Crebs Avenue

10716 Crebs Avenue Northridge, California 91326 United States



$800,000
4 Bedrooms
3,004 Sq. Ft.
Single Family Home
ID: FR1943798



Buddy Gordon
DRE# 01276456
(805) 796-0324
(818) 222-7707
E-Mail Me

GORGEOUS NORTHRIDGE HOME- WARMTH AND
STYLE- THIS GORGEOUS TWO STORYHOME FEATURES
WET-BAR, FIRPLACE, REMODELED BEAUTY-
MAGNIFICENT KITCHEN-LIGHT & BRIGHT- ALSO HAS
DOWNSTAIRS BEDROOM & BATH. View Listing Details »

GORGEOUS NORTHRIDGE HOME- WARMTH AND STYLE- THIS GORGEOUS TWO STORYHOME FEATURES WET-BAR, FIRPLACE, REMODELED
BEAUTY- MAGNIFICENT KITCHEN-LIGHT & BRIGHT- ALSO HAS DOWNSTAIRS BEDROOM & BATH. View Listing Details »

### 21915 Wyandotte Street Unit 108

21915 Wyandotte Street Canoga Park, California 91303 United States



$499,000
3 Bedrooms
1,776 Sq. Ft.
Townhouse
ID: FR1996753

Buddy Gordon
DRE# 01276456
(805) 796-0324
(818) 222-7707
E-Mail Me

Absolutely charming townhome! Open floorplan w/high
ceilings & large windows w/lots of natural light. New
paint,new appliances, freshly painted cabinets, new flooring,
new fixtures, private patio & so much more! This home is
located across from... View Listing Details »

Absolutely charming townhome! Open floorplan w/high ceilings & large windows w/lots of natural light. New paint,new appliances, freshly painted cabinets,
new flooring, new fixtures, private patio & so much more! This home is located across from... View Listing Details »

‹ 1 2 3 4 5 6 11 ... 20 ›

Home | My Listings | Find A Property | My Profile | Contact Me



**BEHNAZ TAVAKOLI**
Rodeo Realty- Calabasas Office
Mobile: **(818) 326-7760**



PROPERTY SEARCH        MY LISTINGS        MY PROFILE        WORLDWIDE PROPERTY SEARCH        CONTACT ME        HOME

Q  Quick Search                                                    GO

Log in . Sign Up



**Behnaz Tavakoli**

REALTOR®

Behnaz Tavakoli began her real estate career in 1989. Since then, she has built a reputation as one of the most trusted names in the real estate industry, specializing in residential, multi-residential, commercial, probate, and bankruptcy estate properties. Ms. Tavakoli has extensive experience marketing and selling single-family residences, multi-unit residential properties, undeveloped land, and commercial properties in Los Angeles, Ventura, Riverside, and San Bernardino Counties. The United States Bankruptcy Court has approved her employment in more than 100 chapter 7 bankruptcy cases. In the bankruptcy context, Ms. Tavakoli has successfully closed more than 50 bankruptcy sales generating more than $50 million in gross sales. This sum does not include additional proceeds generated by equity buy-backs from debtors, transactions in which Ms. Tavakoli provided marketing, operational and valuation expertise resulting in maximum returns for the bankruptcy estates. In the summer of 2003, Ms. Tavakoli appeared on the hit reality television program, House Hunters International, broadcast on the Home and Garden Television Network. The episode follows Ms. Tavakoli and her clients through the entire home-buying process from start to finish. Throughout her career, Ms. Tavakoli has consistently ranked among the highest producers in the Southern California real estate market. As an agent she has earned annual recognition including 100% Club Award, the 'Platinum Award for Excellent Performance', President's Circle Award, President's Elite Circle Award, and Directors Club Award.

Rodeo Realty DRE #00951359

Rodeo Realty- Calabasas Office

**Behnaz Tavakoli**
DRE# 01024710
Mobile: **(818) 326-7760**
Phone: **(818) 657-4607**

23901 Calabasas Road Suite 1050 Ste.
Calabasas, California 91302 United States

∞ My Website

✉ CONTACT AGENT                    ▴

*Your Name **

*Your Email **

*Phone Number*

Message

*Required

▣ Request Appointment

SEND REQUEST

Home    My Listings    Find A Property    My Profile    Contact Me

Powered by Gabriels Technology Solutions - Real Estate Broker Websites

Sort by New... ▾

### 11624 Haynes Street
11624 Haynes Street North Hollywood, California 91606 United States

☆
✉



$775,000

Residential Income

ID: SR17241070



Behnaz Tavakoli
DRE# 01024710
(818) 326-7760
(818) 657-4607
E-Mail Me

Great property for Investment or owner use in a
fantastic area of North Hollywood. The main house
built in 1944 plus 2 additional units each 2 bedrooms
and one bath built in 2013 with permits. Please drive
by only and do not disturb the... View Listing Details »

Great property for Investment or owner use in a fantastic area of North Hollywood. The main house built in 1944 plus 2 additional units
each 2 bedrooms and one bath built in 2013 with permits. Please drive by only and do not disturb the... View Listing Details »

### 625 Berendo Street Unit Ph 613
625 S Berendo Street Los Angeles, California 90005 United States

☆
✉



$570,000

2 Bedrooms

2 Full Baths

1,370 Sq. Ft.

Condominium

ID: SR17246576



Behnaz Tavakoli
DRE# 01024710
(818) 326-7760
(818) 657-4607
E-Mail Me

This is an absolutely beautiful penthouse unit in the
highly sought-after " Luxury Barcelona Tower "
located in a prime Mid-Wilshire area. This luxurious
penthouse has a private roof-top deck with city views
and is located in the heart of
Korea... View Listing Details »

This is an absolutely beautiful penthouse unit in the highly sought-after " Luxury Barcelona Tower " located in a prime Mid-Wilshire area.
This luxurious penthouse has a private roof-top deck with city views and is located in the heart of Korea... View Listing Details »

**26943 Hillsborough Unit 27**
26943 Hillsborough Valencia, California 91354 United States

☆
✉





$345,000
2 Bedrooms
2 Full Baths
812 Sq. Ft.
Townhouse
ID: SR18033814

Behnaz Tavakoli
DRE# 01024710
(818) 326-7760
(818) 657-4607
E-Mail Me

Lovely 2+2 Townhouse in the heart of Valencia near parks,school. This home features light and bright living room with cozy fireplace. nice kitchen, spacious bedrooms and bathrooms, great patio. largeone car attached          garage          with          laundry inside.... **View Listing Details »**

Lovely 2+2 Townhouse in the heart of Valencia near parks,school. This home features light and bright living room with cozy fireplace, nice kitchen, spacious bedrooms and bathrooms, great patio, largeone car attached garage with laundry inside.... **View Listing Details »**

**17315 Cagney Street**
17315 Cagney Street Granada Hills, California 91344 United States

☆
✉





$699,000
4 Bedrooms
3 Full Baths
2,097 Sq. Ft.
Single Family Home
ID: SR18033174

Behnaz Tavakoli
DRE# 01024710
(818) 326-7760
(818) 657-4607
E-Mail Me

Fantastic single story pool home with stunning panoramic and mountain view located in the beautiful Balboa Highlands area of Granada Hills. Spacious floor plan with 4 bedrooms, 3 baths in almost 2100 sq. ft ,7500 ft. lot. Gorgeous backyard with... **View Listing Details »**

Fantastic single story pool home with stunning panoramic and mountain view located in the beautiful Balboa Highlands area of Granada Hills. Spacious floor plan with 4 bedrooms, 3 baths in almost 2100 sq. ft ,7500 ft. lot. Gorgeous backyard with... **View Listing Details »**

### 16320 Gledhill Street

16320 Gledhill Street North Hills, California 91343 United States



$559,000

3 Bedrooms

2 Full Baths

1,504 Sq. Ft.

Single Family Home

ID: SR18033733



Behnaz Tavakoli
DRE# 01024710
(818) 326-7760
(818) 657-4607
E-Mail Me

Stunning single story pool home located in one of the most desirable area in the city of North Hills. This great house features 3 bedrooms and 2 baths, spacious family room with fireplace. nice kitchen. large master bedroom and a nice backyard... **View Listing Details »**

Stunning single story pool home located in one of the most desirable area in the city of North Hills. This great house features 3 bedrooms and 2 baths, spacious family room with fireplace, nice kitchen, large master bedroom and a nice backyard... **View Listing Details »**

### 4450 Winnetka Avenue

4450 Winnetka Avenue Woodland Hills, California 91364 United States



$1,299,000

5 Bedrooms

3 Full Baths

3,510 Sq. Ft.

Single Family Home

ID: SR18033063



Behnaz Tavakoli
DRE# 01024710
(818) 326-7760
(818) 657-4607
E-Mail Me

Stunning location in prime area of Woodland Hills south of the blvd with fantastic view. This home Features a spacious. bright open floor plan. kitchen with granite counters and huge center island,recess lighting. hardwood and tiles floors... **View Listing Details »**

Stunning location in prime area of Woodland Hills south of the blvd with fantastic view. This home Features a spacious. bright open floor plan. kitchen with granite counters and huge center island,recess lighting, hardwood and tiles floors... **View Listing Details »**

**8338 Woodley Place Unit 28**
8338 Woodley Place North Hills, California 91343 United States





$299,000

**3** Bedrooms

**3** Full Baths

**1,252** Sq. Ft.

Townhouse

ID: SR18033334

Behnaz Tavakoli
DRE# 01024710
(818) 326-7760
(818) 657-4607
E-Mail Me

Charming tri-level end-unit townhouse in a great neighborhood of North Hills located at the back of the complex overlooks the pool with direct access 2 car garage. Spacious floor plan, living room, dining area, large kitchen. Needs some TLC and... **View Listing Details »**

Charming tri-level end-unit townhouse in a great neighborhood of North Hills located at the back of the complex overlooks the pool with direct access 2 car garage. Spacious floor plan, living room, dining area, large kitchen. Needs some TLC and... **View Listing Details »**

**5454 Zelzah Avenue Unit 302**
5454 Zelzah Avenue Encino, California 91316 United States





$299,000

**1** Bedroom

**1** Full Bath

**872** Sq. Ft.

Condominium

ID: SR18032549

Behnaz Tavakoli
DRE# 01024710
(818) 326-7760
(818) 657-4607
E-Mail Me

Fantastic one bedroom one bath condo in prime area of Encino. Walking distance to Ventura Blvd., shops, restaurants, minutes from the 101! Unit features spacious living room with balcony and city view. Master bedroom w/walk in closet. Dining... **View Listing Details »**

Fantastic one bedroom one bath condo in prime area of Encino. Walking distance to Ventura Blvd., shops, restaurants, minutes from the 101! Unit features spacious living room with balcony and city view. Master bedroom w/walk in closet. Dining... **View Listing Details »**

Home   My Listings   Find A Property   My Profile   Contact Me

Powered by Gabriels Technology Solutions - Real Estate Broker Websites

# EXHIBIT  C

## EXCLUSIVE AUTHORIZATION AND RIGHT TO SELL AGREEMENT

In consideration of the services of Rodeo Realty, Inc. ("Broker"), Chapter 7 Trustee Nancy Hoffmeier Zamora ("Seller") for the estate ("Estate") of Ara Eric Hunanyan ("Debtor") in Case No. 1:21-bk-10079-MT hereby hires Broker as Seller's sole and exclusive agent, and hereby grants Broker the exclusive and irrevocable right to sell the subject property described below ("Real Property"), upon the following terms and conditions, for the period commencing February 1, 2021 and terminating at 5:00 p.m. on August 1, 2021.

PROPERTY   16925 Gault Street, Lake Balboa, California  91406-
ADDRESS:   3606
           (Los Angeles County Assessor's Parcel No. 2227-028-014)

COUNTY:    Los Angeles

STATE:     California

LIST       Five Hundred Fifty Thousand and No/100
PRICE:     Dollars ($550,000.00)

TERMS:     Cash, subject to approval by the United States
           Bankruptcy Court ("Bankruptcy Court"), notice, hearing
           and overbid

## TERMS AND CONDITIONS

1.   **AS IS CONDITION**:  The Real Property is to be sold in an "AS IS" condition without representations or warranties of any kind.

2.   **COMMISSION**:  Seller agrees to compensate Broker by paying a commission of five percent (5%) of the gross sales price of the Real Property upon close of escrow subject to Bankruptcy Court approval.  This commission shall be paid at the close of escrow in cash through escrow or, if there is no escrow, then upon transfer of the Real Property to buyer, all subject to Bankruptcy Court approval.

     Additionally, Seller agrees to compensate Broker a commission of two and one-half percent (2.5%) of any settlement amount paid by or on behalf of Debtor in lieu of sale of the Real Property to a third party buyer, subject to Bankruptcy Court approval.

3.   **PAYMENT**:  Payment of Broker commission is subject to Bankruptcy Court approval after notice to creditors of the Estate.

4.   **COMMISSIONABLE EVENTS**:  The above commission will be due and payable to Broker for services rendered if:  (a) the Real Property is sold to a buyer whether by Broker, Seller, or anyone else except those parties identified in paragraph 16 herein during the term of this listing agreement

("Agreement"), or any extensions thereof; (b) any contract for sale of the Real Property is made directly or indirectly by Seller during the term of this Agreement or extensions hereof; (c) within ninety (90) days after the expiration of this Agreement or any extensions hereof, if the Real Property is sold or negotiations for the sale are commenced and consummated with any prospect to whom the Broker had submitted the Real Property during the term hereof of this Agreement or any extensions hereof, provided Broker has submitted the name of such prospect in writing to Seller within ten (10) days following the expiration of this Agreement or any extensions hereof.  Said commission also will be due and payable to Broker in the event any accepted purchase contract procured by Broker, Seller, or anyone else, except those parties identified in paragraph 16 herein, is overbid.

5.  **SELLER'S DUTIES**:  Seller agrees to cooperate with Broker in effecting a sale of the Real Property and to immediately notify and refer all inquiries to Broker.  All negotiations regarding the Real Property are to be conducted by and through Broker, except for negotiations with Debtor and/or any insider, relative, and/or affiliate of Debtor.  Seller shall use her best efforts to make the Real Property available for showing at reasonable times.

6.  **DUE DILIGENCE/MULTIPLE LISTING**:  In consideration of the execution of this Agreement, Broker hereby agrees to utilize due diligence and Broker's best efforts in fulfilling Broker's obligations hereunder.  Further, Broker agrees to immediately list the Real Property with a multiple listing service.

7.  **SIGNAGE**:  Seller grants Broker the right to place Broker's usual signs on the Real Property and the right to advertise the Real Property at Broker's discretion, all at Broker's expense.

8.  **AUTHORIZATION**:  Each individual executing this Agreement hereby represents and warrants that he/she is authorized to execute and deliver this Agreement with the caveat that Seller's authorization is subject to Bankruptcy Court approval.

9.  **MATERIAL FACTS**:  The Seller is the chapter 7 trustee of the Estate and has not inspected the Real Property.  Seller makes no representations and/or warranties of any kind. Seller agrees to disclose all material facts, conditions, or status of the Real Property, to the extent of her or her agent's <u>actual knowledge</u> of any such facts or conditions.

10.  **TERMINABLE EVENTS AND RELEASE**:  To the extent that liens, claims of co-owners, other encumbrances against the Real Property, or allowed homestead exemption(s), if any, make this sale infeasible or unprofitable for the Estate of Debtor, the Seller may at her option, terminate this

Agreement and cancel any proposed sale under this Agreement. Broker agrees to fully and completely release Seller.

11. **TERMINATION AND RELEASE:**  This Agreement shall terminate in the event that the Real Property, for any reason, is no longer part of the Estate and subject to the Trustee's administration, and Broker agrees to fully and completely release Seller.

12. **EXEMPTION:**  Pursuant to California Civil Code section 1102.2(b), Seller is exempt from complying with the requirements of Article 1.5 of the California Civil Code sections 1102-1102.17 relating to disclosures upon transfer of residential real property.

13. **JURISDICTION:**  The United States Bankruptcy Court for the Central District of California shall have sole and exclusive jurisdiction over any disputes arising from this Agreement and shall approve the sale of the Real Property.

14. **ATTORNEYS' FEES:**  Should it become necessary to litigate in order to enforce or interpret any of the terms contained in this Agreement, the prevailing party in such action shall be entitled to such reasonable attorneys' fees, costs and expenses as may be fixed by the Bankruptcy Court.

15. **ENTIRE AGREEMENT:**  This Agreement constitutes the entire agreement between Seller and Broker and supersedes all prior discussions, negotiations, and agreements, whether oral or written.  No amendment, alteration, or withdrawal of this Agreement shall be valid or binding unless made in writing and signed by both Seller and Broker.  Any purported oral amendment, modification, or withdrawal shall be void and of no effect whatsoever.

16. **EXCLUSIONS:**  None.

17. **MARKETING EXPENSES:**  Broker shall bear all expenses relating to the marketing of the Real Property.

Seller hereby acknowledges receipt of a copy of this agreement.

AGREED AND ACCEPTED

BY: _____
Buddy Gordon
Rodeo Realty, Inc.

BY: _____
Nancy Hoffmeier Zamora
Chapter 7 Trustee
Estate of Ara Eric Hunanyan
Case No. 1:21-bk-10079-MT

DATED: February 1, 2021       DATED:  February 1, 2021

Hunanyan/app.001                                    11.

## EXCLUSIVE AUTHORIZATION AND RIGHT TO SELL AGREEMENT

In consideration of the services of Rodeo Realty, Inc. ("Broker"), Chapter 7 Trustee Nancy Hoffmeier Zamora ("Seller") for the estate ("Estate") of Ara Eric Hunanyan ("Debtor") in Case No. 1:21-bk-10079-MT hereby hires Broker as Seller's sole and exclusive agent, and hereby grants Broker the exclusive and irrevocable right to sell the subject property described below ("Real Property"), upon the following terms and conditions, for the period commencing February 1, 2021 and terminating at 5:00 p.m. on August 1, 2021.

PROPERTY
ADDRESS:    15920 Sherman Way, Unit 4, Van Nuys, California  91406-4032
            (Los Angeles County Assessor's Parcel No. 2224-004-068)

COUNTY:  Los Angeles

STATE:   California

LIST
PRICE:    Four Hundred Fifty Thousand and No/100
          Dollars ($450,000.00)

TERMS:    Cash, subject to approval by the United States Bankruptcy Court ("Bankruptcy Court"), notice, hearing and overbid

## TERMS AND CONDITIONS

1.  **AS IS CONDITION**:  The Real Property is to be sold in an "AS IS" condition without representations or warranties of any kind.

2.  **COMMISSION**:  Seller agrees to compensate Broker by paying a commission of five percent (5%) of the gross sales price of the Real Property upon close of escrow subject to Bankruptcy Court approval.  This commission shall be paid at the close of escrow in cash through escrow or, if there is no escrow, then upon transfer of the Real Property to buyer, all subject to Bankruptcy Court approval.

    Additionally, Seller agrees to compensate Broker a commission of two and one-half percent (2.5%) of any settlement amount paid by or on behalf of Debtor in lieu of sale of the Real Property to a third party buyer, subject to Bankruptcy Court approval.

3.  **PAYMENT**:  Payment of Broker commission is subject to Bankruptcy Court approval after notice to creditors of the Estate.

4.  **COMMISSIONABLE EVENTS**:  The above commission will be due and payable to Broker for services rendered if:  (a) the Real Property is sold to a buyer whether by Broker, Seller, or anyone else except those parties identified in paragraph 16 herein during the term of this listing agreement

("Agreement"), or any extensions thereof; (b) any contract for sale of the Real Property is made directly or indirectly by Seller during the term of this Agreement or extensions hereof; (c) within ninety (90) days after the expiration of this Agreement or any extensions hereof, if the Real Property is sold or negotiations for the sale are commenced and consummated with any prospect to whom the Broker had submitted the Real Property during the term hereof of this Agreement or any extensions hereof, provided Broker has submitted the name of such prospect in writing to Seller within ten (10) days following the expiration of this Agreement or any extensions hereof.  Said commission also will be due and payable to Broker in the event any accepted purchase contract procured by Broker, Seller, or anyone else, except those parties identified in paragraph 16 herein, is overbid.

5.   **SELLER'S DUTIES**:  Seller agrees to cooperate with Broker in effecting a sale of the Real Property and to immediately notify and refer all inquiries to Broker.  All negotiations regarding the Real Property are to be conducted by and through Broker, except for negotiations with Debtor and/or any insider, relative, and/or affiliate of Debtor.  Seller shall use her best efforts to make the Real Property available for showing at reasonable times.

6.   **DUE DILIGENCE/MULTIPLE LISTING**:  In consideration of the execution of this Agreement, Broker hereby agrees to utilize due diligence and Broker's best efforts in fulfilling Broker's obligations hereunder.  Further, Broker agrees to immediately list the Real Property with a multiple listing service.

7.   **SIGNAGE**:  Seller grants Broker the right to place Broker's usual signs on the Real Property and the right to advertise the Real Property at Broker's discretion, all at Broker's expense.

8.   **AUTHORIZATION**:  Each individual executing this Agreement hereby represents and warrants that he/she is authorized to execute and deliver this Agreement with the caveat that Seller's authorization is subject to Bankruptcy Court approval.

9.   **MATERIAL FACTS**:  The Seller is the chapter 7 trustee of the Estate and has not inspected the Real Property.  Seller makes no representations and/or warranties of any kind. Seller agrees to disclose all material facts, conditions, or status of the Real Property, to the extent of her or her agent's actual knowledge of any such facts or conditions.

10.  **TERMINABLE EVENTS AND RELEASE**:  To the extent that liens, claims of co-owners, other encumbrances against the Real Property, or allowed homestead exemption(s), if any, make this sale infeasible or unprofitable for the Estate of Debtor, the Seller may at her option, terminate this

Agreement and cancel any proposed sale under this Agreement. Broker agrees to fully and completely release Seller.

11. **TERMINATION AND RELEASE:** This Agreement shall terminate in the event that the Real Property, for any reason, is no longer part of the Estate and subject to the Trustee's administration, and Broker agrees to fully and completely release Seller.

12. **EXEMPTION:** Pursuant to California Civil Code section 1102.2(b), Seller is exempt from complying with the requirements of Article 1.5 of the California Civil Code sections 1102-1102.17 relating to disclosures upon transfer of residential real property.

13. **JURISDICTION:** The United States Bankruptcy Court for the Central District of California shall have sole and exclusive jurisdiction over any disputes arising from this Agreement and shall approve the sale of the Real Property.

14. **ATTORNEYS' FEES:** Should it become necessary to litigate in order to enforce or interpret any of the terms contained in this Agreement, the prevailing party in such action shall be entitled to such reasonable attorneys' fees, costs and expenses as may be fixed by the Bankruptcy Court.

15. **ENTIRE AGREEMENT:** This Agreement constitutes the entire agreement between Seller and Broker and supersedes all prior discussions, negotiations, and agreements, whether oral or written. No amendment, alteration, or withdrawal of this Agreement shall be valid or binding unless made in writing and signed by both Seller and Broker. Any purported oral amendment, modification, or withdrawal shall be void and of no effect whatsoever.

16. **EXCLUSIONS:** None.

17. **MARKETING EXPENSES:** Broker shall bear all expenses relating to the marketing of the Real Property.

Seller hereby acknowledges receipt of a copy of this agreement.

AGREED AND ACCEPTED

BY: _____        BY: _____
Buddy Gordon                        Nancy Hoffmeier Zamora
Rodeo Realty, Inc.                  Chapter 7 Trustee
                                    Estate of Ara Eric Hunanyan
                                    Case No. 1:21-bk-10079-MT

DATED: February 1, 2021             DATED:  February 1, 2021

Hunanyan/app.001                    14.

# EXHIBIT  D

1  NANCY HOFFMEIER ZAMORA (State Bar No. 137326)
   U.S. Bank Tower
2  633 West 5th Street, Suite 2600
   Los Angeles, California   90071
3  (213) 488-9411   FAX:  (213) 488-9418
   e-mail:  zamora3@aol.com
4
   Chapter 7 Trustee
5

6                  UNITED STATES BANKRUPTCY COURT

7                  CENTRAL DISTRICT OF CALIFORNIA

8                  SAN FERNANDO VALLEY DIVISION

9  In re                        )  Case No.  1:21-bk-10079-MT
                                )
10 ARA ERIC HUNANYAN,           )  Chapter 7
                                )
11          Debtor.             )  NOTICE OF APPLICATION BY
                                )  NANCY HOFFMEIER ZAMORA,
12                              )  CHAPTER 7 TRUSTEE, FOR
                                )  APPROVAL TO EMPLOY RODEO
13                              )  REALTY, INC. AS REAL
                                )  ESTATE BROKER
14                              )
                                )  [No Hearing Required]
15 _____)

16         PLEASE TAKE NOTICE that Nancy Hoffmeier Zamora, Chapter 7

17  Trustee ("Trustee") for the above-captioned bankruptcy estate (the

18  "Estate") of debtor Ara Eric Hunanyan ("Debtor") is filing with the

19  Court and submitting to the Office of the United States Trustee an

20  application (the "Application") to employ Rodeo Realty, Inc. as

21  Trustee's real estate broker ("Broker").   Trustee requires Broker

22  to list, market and sell the residential real property commonly

23  known as 16925 Gault Street, Lake Balboa, California  91406-3606,

24  Los Angeles County Assessor's Parcel No. 2227-028-014 (the

25  "Residential Property") and the rental residential real property,

26  commonly known as 15920 Sherman Way, Unit 4, Van Nuys, California

27  91406-4032, Los Angeles County Assessor's Parcel No. 2224-004-068

28  (the "Rental Property" together with the Residential Property, the

1    "Real Property").    After approval by the Court on proper

2    application, Broker is to be paid a commission calculated on the

3    basis of 5% of the gross sales price from the proceeds of sale of

4    the Real Property.    Trustee proposes that Broker be paid its

5    commission upon the close of escrow from the sale of the Real

6    Property pursuant to 11 U.S.C. §328.    Additionally, the Listing

7    Agreement provides for Broker to be paid 2.5% of any settlement

8    amount paid by or on behalf of Debtor in lieu of sale of the Real

9    Property to a third party buyer.

10       The proposed commission stated herein is the maximum sum to be

11    paid for a sale of the Real Property.    However, Broker will accept

12    such compensation as the Court deems reasonable.    A true and

13    correct copy of the Listing Agreements between Trustee and Broker,

14    setting forth all of the terms and conditions of Broker's

15    employment, is attached to the Application as <u>Exhibit C</u>.

16       PLEASE TAKE FURTHER NOTICE that you can obtain a copy of the

17    Application by contacting Trustee at the following address:

18           Nancy Hoffmeier Zamora, Esq.
             Chapter 7 Trustee
19           U.S. Bank Tower
             633 West 5th Street, Suite 2600
20           Los Angeles California  90071
             Telephone: (213) 488-9411
21           Facsimile: (213) 488-9418
             e-mail: zamora3@aol.com
22

23       PLEASE TAKE FURTHER NOTICE that any response to the

24    Application and a request for hearing thereon must conform to the

25    requirements of Local Rules of Bankruptcy Procedure 9013-1(o)(1),

26    9013-1(f)(1) and 2014-1(b)(2)(E), and must be filed with the Court

27    and served on Nancy Hoffmeier Zamora, Esq., Chapter 7 Trustee, U.S.

28    Bank Tower, 633 West 5th Street, Suite 2600, Los Angeles,

1  California 90071; and the Office of the United States Trustee, 915

2  Wilshire Boulevard, Suite 1850, Los Angeles, California 90017 no

3  later than fourteen (14) days from the date of service of this

4  notice.

5  Dated:  February 1, 2021          /s/ Nancy Hoffmeier Zamora

6                                    Nancy Hoffmeier Zamora
                                     Chapter 7 Trustee

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Hunanyan/notice of app.001                            3.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

U.S. Bank Tower, 633 West 5th Street, Suite 2600, Los Angeles, CA 9007

A true and correct copy of the foregoing document entitled (*specify*):
**NOTICE OF APPLICATION BY NANCY HOFFMEIER ZAMORA, CHAPTER 7 TRUSTEE, FOR
APPROVAL TO EMPLOY RODEO REALTY, INC. AS REAL ESTATE BROKER**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On February
2, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee: United States Trustee, ustpregion16.wh.ecf@usdoj.gov
Trustee: Nancy Zamora, zamora3@aol.com, nzamora@ecf.axosfs.com
Debtor's Counsel: Navid Kohan, support@kohanlaw.com, navid@kohanlawcenter.com, r51490@notify.bestcase.com
Creditor's Counsel: Shraddha Bharatia, notices@becket-lee.com

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On February 2, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or
adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class,
postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will
be completed</u> no later than 24 hours after the document is filed.

Debtor's: Ara Eric Hunanyan, 16925 Gault Street, Van Nuys, CA  91406
Trustee's Broker: Behnaz Tavakoli, Rodeo Realty, Inc., 23901Calabasas Road, Suite 1050 Calabasas, CA 91302
U.S Trustee: Kenneth Misken, Esq., Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA  90017

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 2, 2021, I served the
following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is
filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| February 2, 2021 | Cynthia Casas | /s/ Cynthia Casas |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Additional Service List for Notice

American Express National Bank
c/o Becket and Lee LLP
P.O. Box 3001
Malvern PA 19355-0701

American Honda Finance
10801 Walker St
Cypress, CA 90630

DSNB Macys
P.O. Box 8218
Mason, OH 45040

Hovik Meguerian
6016 Fallbrook Ave Suite 101
Woodland Hills, CA 91367

JPMCB Home
700 Kansas Lane
Monroe, LA 71203

Kathryn Irene Phillips, Esq.
5429 Cahuenga Blvd
North Hollywood, CA 91601

Macys/DSNB
P.O. Box 8218
Mason, OH 45040

Portfolio Recovery Associates
120 Corporate Blvd Ste 100
Norfolk, VA 23502

Sherman Way Townhomes, HOA
1440 Highland Ave.
Glendale, CA 91202

Southern California Edison Company
2131 Walnut Grove Ave
Rosemead, CA 91770

Wells Fargo
P.O. Box 5119
Sioux Falls, SD 57117

Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA 50306

Wells Fargo Home Mortgage
Loan Service Credit Dispute
San Antonio, TX 78265

Westlakefi
4751 Wilshire Blvd
Los Angeles, CA 90010

Wells Fargo Bank Card Services
Credit Bureau Dispute Resolution
Des Moines, IA 50306

Lisa F. Rosenthal, Esq.
Law Offices of Rosenthal & Associates
6016 Fallbrook Avenue, Suite 101
Woodland Hills, CA 91367

Maria Cerritos
15920 Sherman Way, Unit 4
Van Nuys, CA 91406-4032

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

U.S. Bank Tower, 633 West 5th Street, Suite 2600, Los Angeles, CA 9007

A true and correct copy of the foregoing document entitled (*specify*):
**APPLICATION BY NANCY HOFFMEIER ZAMORA, CHAPTER 7 TRUSTEE, FOR APPROVAL TO EMPLOY RODEO REALTY, INC. AS REAL ESTATE BROKER; DECLARATION OF DISINTERESTEDNESS**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On February 2, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee: United States Trustee, ustpregion16.wh.ecf@usdoj.gov
Trustee: Nancy Zamora, zamora3@aol.com, nzamora@ecf.axosfs.com
Debtor's Counsel: Navid Kohan, support@kohanlaw.com, navid@kohanlawcenter.com, r51490@notify.bestcase.com
Creditor's Counsel: Shraddha Bharatia, notices@becket-lee.com

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On February 2, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Debtor's: Ara Eric Hunanyan, 16925 Gault Street, Van Nuys, CA  91406
Trustee's Broker: Behnaz Tavakoli, Rodeo Realty, Inc., 23901Calabasas Road, Suite 1050 Calabasas, CA 91302
U.S Trustee: Kenneth Misken, Esq., Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA  90017

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 2, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| February 2, 2021 | Cynthia Casas | /s/ Cynthia Casas |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.